

FILED

07/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0104

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0104

IN RE THE MARRIAGE OF:

AIMEE J. TIMMONS,

      Petitioner and Appellee,

and

PATRICK J. TIMMONS,

      Respondent and Appellant.

FILED

JUL 07 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

The record was filed for purposes of this appeal on March 27, 2020. Nothing further was filed, and on June 3, 2020, this Court ordered that Appellant prepare, file, and serve the opening brief within 30 days. Nothing further has been filed.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to Patrick J. Timmons and to all counsel of record.

DATED this 7th day of July, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices